NORMAN DEAN PARDE, APPELLEE, v. ELEANOR ELAINE PARDE, APPELLANT.

321 N.W.2d 70

Filed June 25, 1982. No. 44480.

Miles W. Johnston, Jr., and Johnston, Barber & Wherry, for appellant.

Robert M. O'Gara of Marti, Dalton, Bruckner, O'Gara & Keating, P.C., for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.